■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSLOW HUNTER, Appellant.—Judgment, Supreme Court, New York County, rendered on September 7, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Sullivan, Lupiano and Bloom, JJ.

■ INTERACTIVE PROPERTIES CORP., Respondent, v BLUE CROSS AND BLUE SHIELD OF GREATER NEW YORK, Appellant.—Order, Supreme Court, New York County, entered on June 27, 1980, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court, entered on August 29, 1980, is dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v FRANK ROMAN, Defendant.—Motion to dismiss appeal denied, and appellant is directed to comply with *People v Saunders* (52 AD2d 833). Concur—Murphy, P. J., Fein, Ross, Bloom and Carro, JJ.

## (December 4, 1980)

■ In the Matter of COREY P. HENRY P., JR., Appellant; DEPARTMENT OF SOCIAL SERVICES, Respondent.—Appeal from order, Family Court, New York County, entered on or about December 7, 1978, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Lupiano and Lynch, JJ.

■ LEE FRIEND et al., Respondents, v 40 REALTY, INC., Appellant, et al., Defendant.—Order, Supreme Court, New York County, entered on July 17, 1980, unanimously affirmed, without costs and without disbursements, and appeal from order of said court entered on May 13, 1980, dismissed as subsumed in the order entered on July 17, 1980, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Lupiano and Lynch, JJ.

■ ARBE DESIGN, LTD., Respondent, v AIR EXPERT TRUCKING, Appellant.—Resettled order, Supreme Court, New York County, entered on November 30, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered on September 11, 1979 and the judgment entered on September 18, 1979 is dismissed as subsumed by the resettled order entered November 30, 1979, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ross, Markewich, Lupiano and Lynch, JJ.